Gordon A. Ramsay, appellant, v. Jacob J. Price, appellee. Gen. No. 38,759.

Opinion filed June 29, 1936. Rehearing denied July 10, 1936.

Frederick A. Brown, for appellant; G. Gale Roberson, of counsel. Philip A. Weinstein, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Sarah Gold, appellant, v. Riverview Park Company, appellee. Gen. No. 38,770.

Opinion filed June 29, 1936.

Lou Nathanson, for appellant; Joseph J. Ticktin, of counsel. David S. Schechter, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

R. G. Lydy, Inc., appellee, v. Pauline Porter White, appellant. Gen. No. 38,780.

Opinion filed June 29, 1936.

Vernon R. Loucks and A. J. Hennings, for appellant. Thomas L. Marshall and William G. Blood, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Mabel Winzenburg, appellee, v. Girard Fire and Marine Insurance Company, appellant. Gen. No. 38,790.

Opinion filed June 29, 1936. Rehearing denied July 10, 1936.

Silber, Clausen, Hirsh & Woley, for appellant. Ekern & Meyers, for appellee; Russell H. Mathias and Luther F. Binkley, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.